

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALCANTAR ENTERPRISES, LLC D/B/A ALCANTAR APARTMENTS, | § | |
| | | No. 08-14-00165-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 327th District Court |
| CARLOS GALLEGOS AND LUZ | § | |
| MARIA RIVAS, INDIVIDUALLY AND | | of El Paso County, Texas |
| AS NEXT FRIENDS OF JENNIFER | § | |
| GALLEGOS AND ASHLEY | | (TC# 2011-DCV05300) |
| GALLEGOS, MINORS, | § | |
| | | |
| Appellees. | | |

**MEMORANDUM OPINION**

Pending before the Court is a joint motion of the parties to reverse the trial court's judgment and remand this case to the trial court for entry of a new judgment pursuant to the parties' settlement agreement. We grant the motion and set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). As requested by the parties, the mandate will issue with the judgment and without delay. *See* TEX. R. APP. P. 18.1(c).

STEVEN L. HUGHES, Justice

May 4, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.